```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 15099
    CHARLES V DAVIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-7672


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/12/2008 and was not confirmed.

     The case was dismissed without confirmation 09/04/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                            PAID        PAID
------------------------------------------------------------------------------

CHASE MANHATTAN MORTGAGE   CURRENT MORTG        .00          .00          .00
CIT GROUP CONSUMER FINAN   CURRENT MORTG        .00          .00          .00
THE CIT GROUP/CONSUMER F   CURRENT MORTG        .00          .00          .00
GMAC MORTGAGE              CURRENT MORTG        .00          .00          .00
GREENPOINT MORTGAGE        CURRENT MORTG        .00          .00          .00
INDYMAC BANK               CURRENT MORTG        .00          .00          .00
SAXON MORTGAGE SERVICES    CURRENT MORTG        .00          .00          .00
SELECT PORTFOLIO SERVICI   CURRENT MORTG        .00          .00          .00
AMERICAN GENERAL FINANCE   SECURED VEHIC    4500.00          .00       273.72
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED         .00          .00
US BANK NATIONAL ASSOC     CURRENT MORTG        .00          .00          .00
US BANK NATIONAL ASSOC     MORTGAGE ARRE        .00          .00          .00
IMPAC FUNDING CORP         CURRENT MORTG        .00          .00          .00
IMPAC FUNDING CORP         MORTGAGE ARRE    2391.48          .00          .00
OCWEN FEDERAL BANK         CURRENT MORTG        .00          .00          .00
OCWEN FEDERAL BANK         MORTGAGE ARRE     762.02          .00          .00
RCN CHICAGO                NOTICE ONLY    NOT FILED          .00          .00
HSBC BANK NEVADA/HSBC CA   UNSECURED        5071.59          .00          .00
ST FRANCIS HOSPITAL        UNSECURED       NOT FILED         .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED         325.34          .00          .00
RSHK/CBSD                  UNSECURED       NOT FILED         .00          .00
STUDENT LOAN MARKETING A   UNSECURED       NOT FILED         .00          .00
STUDENT LOAN MARKETING A   UNSECURED       NOT FILED         .00          .00
MERIMENTA DUNNAGAN         NOTICE ONLY     NOT FILED         .00          .00
TABITHA MCGEE              NOTICE ONLY     NOT FILED         .00          .00
HSBC BANK/OCWEN LOAN       NOTICE ONLY     NOT FILED         .00          .00
HSBC BANK/OCWEN LOAN       NOTICE ONLY     NOT FILED         .00          .00
US BANK NATIONAL           NOTICE ONLY     NOT FILED         .00          .00
CADLEROCK JOINT VENTURE    NOTICE ONLY     NOT FILED         .00          .00
CADLEROCK JOINT VENTURE    SECURED NOT I    4000.00          .00          .00
CADLEROCK JOINT VENTURE    UNSECURED       35558.89          .00          .00
CODILIS & ASSOCIATES       NOTICE ONLY     NOT FILED         .00          .00
THE CIT GROUP/CONSUMER F   SECURED NOT I    9075.89          .00          .00
KAGIN MANAGEMENT           NOTICE ONLY     NOT FILED         .00          .00
IMPAC FUNDING CORP         MORTGAGE NOTI   NOT FILED         .00          .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 15099 CHARLES V DAVIS
```

```
AMERICAN GENERAL FINANCE  UNSECURED          84.50              .00            .00
NICOLE G LAWSON           DEBTOR ATTY         .00                              .00
TOM VAUGHN                TRUSTEE                                            23.80
DEBTOR REFUND             REFUND                                            802.48

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,100.00

PRIORITY                                          .00
SECURED                                        273.72
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                            23.80
DEBTOR REFUND                                  802.48
                       ---------------    ---------------
TOTALS                   1,100.00              1,100.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE